1  SHARON DOUGLASS MAYO - State Bar No. 150469
   sharon.douglass.mayo@aporter.com
2  VIKRAM SOHAL - State Bar No. 240251
   vikram.sohal@aporter.com                                                    JS-6
3  ARNOLD & PORTER LLP
   777 South Figueroa Street, 44th Floor
4  Los Angeles, California  90017-5844
   Telephone: (213) 243-4000
5  Facsimile: (213) 243-4199

6  Attorneys for Plaintiffs

7

8

9                  UNITED STATES DISTRICT COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11

12 FAR OUT MUSIC, 1974 MUSIC          )  Case No:  CV08-01957 GPS (SHX)
   AEROSTATION CORPORATION,           )
13 UNIVERSAL STUDIOS, INC. (MCA       )  [PROPOSED] ORDER RE:
   MUSIC PUBLISHING DIVISION),        )  PLAINTIFFS' REQUEST FOR
14 GONE GATOR MUSIC, WILD             )  DISMISSAL WITH PREJUDICE
   GATOR MUSIC, LITTLE MOLE           )
15 MUSIC AND EMI ROBBINS              )
   CATALOG, INC.,                     )
16                                    )
              Plaintiffs,             )
17                                    )
   v.                                 )
18                                    )
   FRATELLI BROTHERS, INC. AND        )
19 PAUL MANCE,                        )
                                      )
20            Defendants.             )
                                      )
21 _____)

22

23

24

25

26

27

28

1    WHEREAS the parties settled their present dispute on or about July 8, 2008
2 and defendants now have satisfied their obligations under the parties' settlement
3 agreement.
4    WHEREAS plaintiffs have filed with this Court a request to dismiss this action
5 with prejudice.
6    NOW, THEREFORE, IT IS HEREBY ORDERED that:
7    This action is dismissed with prejudice.

Dated:  August 4, 2008_____


                                                    GEORGE P. SCHIAVELLII
                                                    Hon. George P. Schiavelli
                                                    United States District Judge